**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR 222-26 |
| | ) | |
| v. | ) | |
| | ) | |
| DESIREE BRILEY | ) | |

<u>ORDER</u>

Based upon the motion by the Defendant, and for good cause shown therein, it is hereby ORDERED that the Motion for Downward Departure and Sentencing Memorandum be filed under seal until further order of this Court, excepting only such disclosures as the Government deems necessary to comply with its obligations under Brady v. Maryland, 373 U.S. 83 (1963).

So ORDERED, this ___24th___ day of August, 2023.

_____
HONORABLE LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA